```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF INDIANA
                   HAMMOND DIVISION
```

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) Nos. 2:06-CR-130
) 2:07-CR-154
JEROME BARNES )
)
Defendant. )

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jerome Barnes.  No objections have been filed to Magistrate Judge Paul R. Cherry's findings and recommendations issued on December 6, 2007 [DE 80].  Accordingly, the Court **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Jerome Barnes' plea of guilty, and **FINDS** the Defendant guilty of the offenses charged in Counts 1 and 2 of the Indictment in Cause No. 2:06-CR-130, and Count 5 of the Indictment in Cause No. 2:07-CR-154.

**DATED:  December 27, 2007**          /s/RUDY LOZANO, Judge
                                        **United States District Court**